IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT DEEMS<br><br>v.<br><br>CORRECTIONAL OFFICER JASON M. PHILLIPS, CORRECTIONAL OFFICER FRANKLIN E. WILLIAMS, and BUCKS COUNTY | CIVIL ACTION<br><br>NO. 18-2035 |
|---|---|

## ORDER RE: MOTIONS TO DISMISS

AND NOW, this 12th day of December, 2018, upon consideration of Defendant Bucks County's Motion to Dismiss Plaintiff's First Amended Complaint (ECF 11), Defendant Correctional Officer Franklin E. Williams's Motion to Dismiss Claims Against Him in The Amended Complaint (ECF 12), and all briefs and exhibits related to these Motions, and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant Bucks County's Motion is GRANTED and all claims alleged against Defendant Bucks County are DISMISSED WITH PREJUDICE;

2. Defendant Franklin E. Williams's Motion is GRANTED and all claims alleged against Defendant Williams are DISMISSED WITHOUT PREJUDICE, with leave to replead within 21 days; and

3. Because Defendant Jason M. Phillips did not move to dismiss the claims pled against him, the case will continue as to Defendant Phillips.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-2035 Deems v Bucks Co\ 18cv2035 Order re Mots. to Dismiss