# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT DEEMS<br><br>v.<br><br>CORRECTIONAL OFFICER JASON M. PHILLIPS, CORRECTIONAL OFFICER FRANKLIN E. WILLIAMS, and BUCKS COUNTY | CIVIL ACTION<br><br>NO. 18-2035 |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 13th day of June, 2019, upon consideration of Defendant Franklin E. Williams's Motion to Dismiss Plaintiff's Claims Against Him in the Second Amended Complaint (ECF 31), and all briefing related to this Motion, and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant Franklin E. Williams's Motion is GRANTED; the First Cause of Action pled against Williams is DISMISSED WITH PREJUDICE; the Second and Third Causes of Action pled against Williams are DISMISSED WITHOUT PREJUIDCE; and

2. Because Defendant Jason M. Phillips did not move to dismiss the claims pled against him, the case will continue as to Phillips.

BY THE COURT:

/s/Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 18\18-2035 Deems v Bucks Co\ 18cv2035 Order re 2d Mot. to Dismiss